```
                    UNITED STATES DISTRICT COURT
                              for the
                       DISTRICT OF NEW JERSEY


------------------------------X
In Re                                    Civ No. 07-5256 (SDW)

CELGENE CORPORATION, et al.,
                                                  ORDER OF
                                                  REALLOCATION AND
                                                  REASSIGNMENT

        V.


BARR LABORATORIES, INC., ET AL.,

------------------------------X
```

It is on this 5th day of March, 2009,

O R D E R E D that the above entitled action is reallocated from NEWARK to TRENTON, and reassigned from Judge Susan D. Wigenton to Judge Freda L. Wolfson.

<u>S/Garrett E. Brown, Jr.</u>
GARRETT E. BROWN, CHIEF JUDGE
UNITED STATES DISTRICT COURT